FILED FEB 01 '05 14:55 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

| | | |
|---|---|---|
| Bess Eaton Donut Flour Company | : | |
| Debtor | : | Bk. No. 04-10630 |
| | : | Chapter 11 |
| | : | |
| | : | |
| Louis A. Gencarelli, Sr. | : | Bk. No. 04-10682 |
| Debtor | : | Chapter 11 |

**NOTICE OF APPEAL**

Notice is hereby given that Claimant, UPS Capital Business Credit (the "Creditor"), hereby appeals to the United States District Court for the District of Rhode Island from the Decision and Order Denying UPS Capital Business Credit's Claim Nos. 37 & 38 entered by the U.S. Bankruptcy Court for the District of Rhode Island on January 19, 2005.

UPS CAPITAL BUSINESS CREDIT

By its Attorneys

James R. Simmons, Esq. (#4035)
NADEAU & SIMMONS, P.C.
56 Pine Street
Providence, RI 02903
(401) 272-5800
(401) 272-5858 (fax)

G:\Joanne\PLEADING\besseatonnoticeofappeal.doc

2