UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Louis A. Gencarelli, Sr.

UPS CAPITAL BUSINESS CREDIT, :
APPELLANTS:

VS : CA05-39T
Bk. AP No. 04-10630
LOUIS A. GENCARELLI, SR., : Bk. AP No. 04-10682
ET AL, :
APPELLEE :

**ENTRY OF APPEARANCE**

I, Thomas J. Cronin, hereby enter my appearance on behalf of the Appellant, UPS Capital Business Credit.

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Joseph P. Ferrucci, Esq./Christopher M. Mulhearn, Esq., Ferrucci Russo P.C., 55 Pine Street, 4th Floor, Providence, RI 02903-2841, on this 1st day of April, 2005.

6