UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In Re:

| | | |
|---|---|---|
| Bess Eaton Donut Flour Company<br>Debtor | :<br>: | Docket No.: 05-CV-39 |
| | :<br>: | Bk. No. 04-10630<br>Chapter 11 |
| Louis A. Gencarelli, Sr.<br>Debtor | :<br>: | Bk. No. 04-10682<br>Chapter 11 |

FILED APR 1 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

UPS Capital Business Credit ("UPS") hereby moves that Barbara A. Frederick, Esq. be admitted *pro hac* vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. *Pro hac vice* counsel's long-standing representation of the client.

Respectfully Submitted,
UPS CAPITAL BUSINESS CREDIT
By its Attorneys:

James R. Simmons, Esq. (#4035)
NADEAU & SIMMONS, P.C.
56 Pine Street
Providence, RI 02903
(401) 272-5800
(401) 272-5858 (fax)

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
(401) 521-6900
(401) 521-6901 (fax)

394137

10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | Docket No.: 05-CV-39 |
| | : | |
| Bess Eaton Donut Flour Company | : | Bk. No. 04-10630 |
| | : | |
| Louis A. Gencarelli, Sr. | : | Bk. No. 04-10682 |

**ATTORNEY'S CERTIFICATION FOR PRO VICE ADMISSION**

I, Barbara A. Frederick, Esq. hereby certify as follows:

1. I am a member in good standing of the bar of the State of Connecticut and the bar of the United States District Court for the District of Connecticut, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect,

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None

3. I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledged and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Barbara A. Frederick, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
(860) 548-2647
(860) 548-2680 (fax)

James R. Simmons (#4035)
Richard Nadeau, Jr. (#2861)
NADEAU & SIMMONS, P.C.
56 Pine Street
Providence, RI 02903
(401) 272-5800
(401) 272-5858 (fax)

**GRANTED**

Ernest C Torres /D

Ernest C. Torres
Chief, US District Judge

4/5/05

394137