UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Louis A. Gencarelli, Sr.

FILED
APR 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UPS CAPITAL BUSINESS CREDIT, :
APPELLANTS:

VS : CA05-39T
Bk. AP No. 04-10630
LOUIS A. GENCARELLI, SR., : Bk. AP No. 04-10682
ET AL, :
APPELLEE :

**MOTION TO EXTEND TIME FOR FILING OF APPELLANT BRIEF PURSUANT TO RULE 8009(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The current order regarding brief schedule requires Appellant's Brief by April 6, 2005. Appellant moves the court for an extension of time up to and including April 15, 2005, for the submission of the Appellant's Brief. The basis for this motion being the pending motion for entry of appearance *pro hac vice* by counsel for Appellant, UPS Capital Business Credit.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
4/8/05

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

11

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Joseph P. Ferrucci, Esq./Christopher M. Mulhearn, Esq., Ferrucci Russo P.C., 55 Pine Street, 4th Floor, Providence, RI 02903-2841, on this 1st day of April, 2005.

Johna G. Fernald