**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UPS Capital,
Appellant

vs. C.A. No. 05-39T

Louis Gencarelli,
Appellee

**ORDER GRANTING APPELLEE'S MOTION**
**TO ENLARGE BRIEFING SCHEDULE**

Appellee's Motion to Enlarge the Briefing Schedule is hereby GRANTED. Appellee will have up to and including May 12th, 2005 to file its Brief.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 4/20/05

15

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

## ***NOTICE***

***UPS Capital***

***V.*** ***CA05-39T***

***L. Gencarelli***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT CHIEF JUDGE ERNEST C. TORRES***

***TYPE OF PROCEEDING:*** ***Conference re: Defendant's Motion to Enlarge Briefing Schedule***

***PLACE:*** ***U.S. District Court***
***Chief Judge Torres' Chambers - Room 211***
***Federal Building and Courthouse***
***One Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Tuesday April 19th, 2005***

***TIME:*** ***10:00 AM***

***David A. DiMarzio, Clerk of Court***
Ryan Jackson
Ryan Jackson/Dana Fernandes
Deputy Clerk
Date: April 13, 2005

**NOTICE SENT TO:** **Joseph Ferrucci, Esq.; James Simmons, Esq.; Thomas Cronin, Esq.; Edward Pontocaloni, Esq.**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7210 or 752-7203 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.