**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UPS CAPITAL BUSINESS
CREDIT,
Plaintiff

vs. C.A. No. 05-39T

LOUIS A. GENCARELLI, SR.,
Defendant

**ORDER DENYING APPELLEE'S MOTION TO FURTHER ENLARGE BRIEFING SCHEDULE**

Appellee's Motion to Further Enlarge Briefing Schedule, or in the Alternative, to Stay Filing of Appellee's Brief is hereby DENIED. The Appellee shall have up to and including May 30, 2005 to file its Brief. The Appellants shall then have up to and including June 9, 2005 to file their Reply Brief.

By Order:

[signature]
Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 5/19/05

17