**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CA05-39T** **DATE**: August 24, 2005
**TITLE OF CASE:** UPS Capitol v. Gencarelli

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Plaintiff: Edward J. Pontacoloni, Esq.; James R. Simmons, Esq.; Thomas J. Cronin, Esq.

Defendant: Christopher M. Mulhearn, Esq.

---

**PROCEEDINGS:** **Hearing on Bankruptcy Appeal**

August 24, 2005

All counsel of record present. Court Addresses. Pontacoloni to speak for plaintiff, Mulhearn for defense. Plaintiff addresses information submitted in brief and the questions raised by the Court in regards to prepayment penalties. Defense responds to Court's questions and Plaintiff's statements. Court reserves decision at this time.

Adjourned