United States District Court for the District of Rhode Island

In re :
:
Bess Eaton Donut Flour Company Incorporated :
Debtor :
: 05-39T
UPS CAPITAL BUSINESS CREDIT :
Plaintiff-appellant :
:
v. :
:
LOUIS A. GENCARELLI, SR., ET AL. :
Defendant-appellee :

**Notice of Appeal to the United States Court of Appeals for the First Circuit**

Plaintiff UPS Capital Business Credit appeals to the United States Court of Appeals for the First Circuit from a final judgment of the United States District Court for the District of Rhode Island, entered on November 3, 2006, affirming an order, entered on January 19, 2005, in which Bankruptcy Court denied UPS Capital Business Credit's claims for contractual prepayment premiums set forth in two commercial loan contracts between plaintiff UPS Capital Business Credit, on one hand, and defendants Bess Eaton Donut Flour Company Incorporated and its owner, Louis A. Gencarelli, Sr., on the other hand.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| Plaintiff-appellant: | Plaintiff-appellant's attorneys: |
|---|---|
| UPS Capital Business Credit | Thomas J. Cronin, Esq.<br>Gunning & Lafazia, Inc.<br>56 Pine Street<br>Providence, R.I. 20903<br>Tel: (401) 521-7797<br>Fax: (401) 521-6901 |

Edward L. Pontocaloni, Esq.
Barbara A. Frederick, Esq.
(Admitted below *Pro Hac Vice*)
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123
Tel.: (860) 548-2600
Fax: (860) 548-2680

Defendants-appellees:

Bess Eaton Donut Flour Company
Louis A. Gencarelli, Sr.

Defendants-appellees' attorneys:

Joseph P. Ferrucci, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, R.I.
Tel.: (401) 455-1000
Fax: (401) 455-7778

Respectfully submitted,

PLAINTIFF-APPELLANT
UPS CAPITAL BUSINESS CREDIT

By: ______________________

Thomas J. Cronin, Esq.
Gunning & Lafazia, Inc.
56 Pine Street
Providence, R.I. 20903
Tel: (401) 521-7797
Fax: (401) 521-6901

Dated: November 27, 2006

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the within was sent via facsimile and/or first class mail on the 27 day of November, 2006 to:

Edward L. Pontocaloni, Esq.
Barbara A. Frederick, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123
**(860)548-2680**

Joseph F. Ferrucci, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
**(401)455-7778**