12/6/06 1 rec'd w/ Jeff K

Related to 99-1035

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. CA 05-39T C.C.A.# 06-2700

2. TITLE OF CASE: UPS Capital v. Gencarelli

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
PLEASE SEE ATTACHED DOCKET SHEET

NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
PLEASE SEE ATTACHED SOCKET SHEET

4. JUDGE ERNEST C. TORRES

5. COURT REPORTER(s) & DATES

| | | | |
|---|---|---|---|
| 6. | TRANSCRIPTS ORDERED | ___ YES | ___ NO |
| 7. | COURT-APPOINTED COUNSEL | ___ YES | _X_ NO |
| 8. | FEE PAID | _X_ YES | ___ NO |
| 9. | IN FORMA PAUPERIS | ___ YES | _X_ NO |
| 10. | GUIDELINES CASE | ___ YES | _X_ NO |
| 11. | MOTIONS PENDING | ___ YES | _X_ NO |
| 12. | RELATED CASE ON APPEAL | ___ YES | _X_ NO |

C.C.A. # (IF AVAILABLE) 06-2700
DATE OF LAST N.O.F.A. FILED:

13. SPECIAL COMMENTS: ENCLOSED PLEASE FIND - Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal; Cert. Of Clerk; Complete Case File (2 volumes); Cert. Copy of Docket.