# United States Court of Appeals

## For the First Circuit

USDC-RI
05-00039

No. 06-2700

IN RE LOUIS A. GENCARELLI, SR.,

Debtor.

UPS CAPITAL BUSINESS CREDIT,

Plaintiff, Appellant,

v.

LOUIS A. GENCARELLI, SR.,

Defendant, Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8/30/07

**JUDGMENT**
Entered: August 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded to the district court with instructions to remand the case to the bankruptcy court. That court should determine whether the prepayment penalties are enforceable under Rhode Island law. Costs shall be taxed in favor of the appellant.

By the Court:

[signature]

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United Stated District Court for the District of Rhode Island. Copies to Mr. Mulhearn, Mr. Ferrucci, Ms. Frederick, Mr. Pontacoloni, Mr. Simmons, & Mr. Cronin.]