**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UPS CAPITAL BUSINESS CREDIT,
Appellant,

v. C.A. No. 05-39T

LOUIS A. GENCARELLI, SR., ET AL.,
Appellees.

**ORDER**

Pursuant to Judgment entered by the United States Court of Appeals for the First Circuit on August 30, 2007, this matter is hereby remanded to the United States Bankruptcy Court for the District of Rhode Island for further proceedings. See Local Rule 41(a) of the First Circuit Court of Appeals.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 9/21/07