05-00039 T Torres

# United States Court of Appeals

## For the First Circuit

No. 06-2700

MANDATE

IN RE LOUIS A. GENCARELLI, SR.,

Debtor.

UPS CAPITAL BUSINESS CREDIT,

Plaintiff, Appellant,

v.

LOUIS A. GENCARELLI, SR.,

Defendant, Appellee.

**JUDGMENT**

Entered: August 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded to the district court with instructions to remand the case to the bankruptcy court. That court should determine whether the prepayment penalties are enforceable under Rhode Island law. Costs shall be taxed in favor of the appellant.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/21/07

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United Stated District Court for the District of Rhode Island. Copies to Mr. Mulhearn, Mr. Ferrucci, Ms. Frederick, Mr. Pontacoloni, Mr. Simmons, & Mr. Cronin.]